UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andre R. Levesque

    v.                                            Civil No. 10-cv-114-JD

Zakre Law Office

**O R D E R**

On September 8, 2010, the Court revoked in forma pauperis status in Leveseque v. State of New Hampshire, et al., Civ. No. 09-cv-437-JL (document no. 81). In forma pauperis status was revoked upon consideration of a motion filed by defendants in that action (document no. 59) and plaintiff's response thereto (document no. 63), in which it was established that plaintiff possesses equity in real estate valued at more than $37,000 and $4,500 in cash available to pay his filing fee.

Levesque was granted in forma pauperis status in the above-captioned case on May 18, 2010 (document no. 6). The Court has the power to dismiss a case in which in forma pauperis status has been granted if the Court finds that "the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A). Because he has previously been found to possess the means to pay the filing fee

in this matter, Levesque is directed to show cause, within ten days of the date of this Order, why in forma pauperis status should not be revoked in the above-captioned case.

**SO ORDERED.**

Joseph A. DiClerico, Jr.
United States District Judge

Date:     September 13, 2010

cc:       Andre R. Levesque, pro se